```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


JAY POWELL,                        )
                                   )    2:09-cv-03048-GEB-KJN
          Plaintiff,               )
                                   )
     v.                            )    ORDER CONSOLIDATING ACTIONS
                                   )
FULTON-EL CAMINO RECREATION AND    )
PARK DISTRICT,                     )
                                   )
          Defendant.               )
_____)
                                   )    2:10-cv-03116-GEB-KJN
JAY POWELL,                        )
                                   )
          Plaintiff,               )
                                   )
     v.                            )
                                   )
FULTON-EL CAMINO RECREATION AND    )
PARK DISTRICT, and Does 1-50,      )
                                   )
          Defendant.               )
_____)
```

Defendant filed a "STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE" on January 10, 2011, in which the parties seek an order consolidating the above-referenced actions, and request that the earlier filed action be scheduled with the later filed action. (ECF No. 6.)

The consolidation request is granted; the above two actions are CONSOLIDATED for all purposes. Case 2:09-cv-03048-GEB-KJN shall be administratively CLOSED, and Case 2:10-cv-03116-GEB-KJN is hereby designated the "MASTER FILE." Henceforth, all documents filed in the consolidated action shall utilize the caption in the later filed action.

1           Lastly, all dates scheduled in the earlier filed action are
2    vacated.  Future scheduling in Case 2:10-cv-03116-GEB-KJN will govern
3    the consolidated action.
4           IT IS SO ORDERED.
5    Dated:  January 13, 2011

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge